**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 12–30962
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Samuel A. Cortez
9815 Adagio Ct.
Matthews, NC 28105
Social Security No.: xxx–xx–8905

---

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- Warren L. Tadlock is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 13 case of the above named debtor is closed.

Dated: June 25, 2012                BY THE COURT

                                    Laura T. Beyer
                                    United States Bankruptcy Judge

Electronically filed and signed (6/25/12)